# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

ORBCOMM INC.

    Plaintiff,

V.                                                 CIVIL ACTION NO.: 3:16cv208

CALAMP CORP.,

    Defendant.

### SUMMONS IN A CIVIL ACTION

TO:    CalAmp Corp.
        c/o Paracorp Incorporated, Registered Agent
        2804 Gateway Oaks Drive
        Suite 200
        Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States Agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorneys, whose names and address are:

                                  Stephen E. Noona
                                  Virginia State Bar No. 25367
                                  Lauren Tallent Rogers
                                  Virginia State Bar No. 82711
                                  **KAUFMAN & CANOLES, P.C.**
                                  150 W. Main Street, Suite 2100
                                  Norfolk, VA 23510
                                  (757) 624-3000
                                  (888) 360-9092 Facsimile
                                  senoona@kaufcan.com
                                  ltrogers@kaufcan.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

                                                                      **Fernando Galindo, Clerk**
                                                                      *CLERK OF COURT*

Date: APR 11 2016

                                                                     *Signature of Clerk or Deputy Clerk*